UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00216 |
| | ) | JUDGE TRAUGER |
| ANTHONY ROBINSON | ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Undersigned counsel hereby moves this Honorable Court for an order allowing him to withdraw as counsel of record for Mr. Robinson. In support of this motion, undersigned counsel would show that on August 27, 2013, Assistant Federal Public Defender R. David Baker moved to withdraw as counsel of record. (D.E. 29). On August 30, 2013, this Court held a hearing on the motion to withdraw and granted Mr. Baker's motion to withdraw as counsel. (D.E. 33). The Court ordered the Federal Public Defender's Office to appoint substitute counsel. Criminal Justice Act panel attorney Joseph Edwards has now been appointed to represent Mr. Robinson in this case. As a result, undersigned counsel should be removed as counsel of record for Mr. Robinson.

Respectfully submitted,

s/ *Henry A. Martin*
HENRY A. MARTIN (BPR #002830)
Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed the foregoing *Motion to Withdraw as Counsel of Record* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Clay T. Lee**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Henry A. Martin*
HENRY A. MARTIN